(Form IN FORMA PAUPERIS-Rev. 4/20/05, S.D. of Ohio)

FILED
RICHARD W. NAGEL
CLERK OF COURT

OCT -3 2024 12: 45 P

U.S. DISTRICT COURT
SOUTHERN DISTRICT
OF OHIO-COLUMBUS

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

**Plaintiff(s)**

JAMESELDON BLAND

VS

vs. PAULA SAWYERS Et,al-

**Defendants(s)**

Case No.

2:24 CV 4015

JUDGE GRAHAM

MAGISTRATE JUDGE VASCURA

### APPLICATION/ MOTION TO PROCEED
### WITHOUT PREPAYMENT OF FEES
### (IN FORMA PAUPERIS)
### AND AFFIDAVIT IN SUPPORT THEREOF

**Instructions:** In order for the Court to properly consider your application, you must answer each question below and provide the information requested. No application will be considered until it is fully completed.

I. **Are you employed?**          Yes ✓          No____

   A. **If you answered "Yes":**

     (1) What is the name and address of your employer

     WENDY'S   10 S 2nd St

     (2) How much do you earn per month?

     1,100 EST

   B. **If you answered "No"**

     (1) Have you ever been employed?          Yes ✓          No____

     If yes, what was the last·year and month you were employed? _____

     How much did you earn a month? _____

II. **What is your marital status?**

   Single ✓ A          Married_____          Widowed_____          Divorced_____

   A. **If you answered "Married":**

     (1) Is your spouse employed?  Yes____          No____

     If yes, how much does your spouse earn each month?

     $_____

III. **Do you have any dependents?**          Yes ✓          No____

   If you answered "Yes" list each dependent's name (minor children should be identified only by their initials), relationship to you, and the amount you contribute to their support:

| Name | Relationship | Amount |
|------|--------------|--------|
| A, L, L | Daughter | 170.00 EST |
| | | |

IV. **Within the past twelve (12) months, have you received any income from a business, profession or other form of self-employment, or in the form of rent payments, retirement benefits, annuity payments, interest or dividends, or any other source?**          Yes____          No ✓

   A. If you answered "Yes," describe each source of income and the total amount you received from that source over the twelve-month period:

| Source | Amount | Source | Amount |
|--------|--------|--------|--------|
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |

-2-

**V. Do you have any cash on hand or money in a savings, checking, or other account?**

Yes_____    No ✓ *Est 50,00$ in hand but had to use 30-40 to*

A. If you answered "Yes", state the combined total amount: *send this Express since clerks refused*

$_____.  *to file this.*

**VI. Do you own any real estate, stocks, bonds, notes, automobiles, or any other valuable property?**

Yes_____    No ✓

A. If you answered "Yes", describe each piece of property and state it's value:

| Property | Value | Property | Value |
|----------|-------|----------|-------|
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |
| _____ | $_____ | _____ | $_____ |

**VII. List all your creditors, including banks, loan companies, charge accounts, personal loans, rent, utilities, child support, etc., and the amount you pay each month on each bill/obligation:**

| Creditor | Amount Owed | Creditor | Amount Owed |
|----------|-------------|----------|-------------|
| True Core | $ 1,900 Est total | | $_____ |
| Spectrum Internet | $ 300 Est total | | $_____ |
| Child support | $ 9,000 Est total | | $_____ |
| Attorney fees court | $ 7,000 Est total | | $_____ |

**VIII. State your address and telephone number where the Court can reach you.**

*133 south 3rd street Newark, OHIO 43055 Phone number 7407895741*

*133 south 3rd street Newark ohio 43055*

*740 7895741*

**I declare under penalty of perjury that the above information is true and correct.**

*10/1/2024*
**Date**

_____
**Signature of Applicant**